# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Kimberly Ann Henny,

        Plaintiff,

v.

Michael Segal,
  *Warden*

        Defendant.

Case No. 23-cv-2259 PJS/ECW

**ORDER**

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated August 23, 2023, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Petitioner Kimberly Ann Henny's request for habeas corpus relief under 28 U.S.C. § 2241 (Dkt. 1) is **DISMISSED**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: September 21, 2023

        *s/Patrick J. Schiltz*
        PATRICK J. SCHILTZ
        United States Chief District Judge